EXHIBIT A

| Debtor Name: | Alfred | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 23-11454 | | | | |
| Filing Date: | 05/18/23 | | Completed by: | | |
| Post First Due: | 06/01/23 | | Completed Date: | | 9/7/2023 |
| Post-Petition Paid | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 6/14/2023 | $ 2,877.26 | | $ 2,877.26 | $ 2,877.26 |
| 06/01/23 | 7/12/2023 | $ 2,898.04 | $ 2,898.04 | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |
| | | | | $ - | $ 2,877.26 |