**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sean T. Alfred                                                CHAPTER 13
        Lisa Alfred

                     Debtor(s)                             BKY. NO. 23-11454 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                                                                         Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
10 Nov 2023, 11:09:53, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322

Document ID: c9a720e64eaacf7b34275534611ce905990b724d57cb5da269716584095bafc9