United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11454-mdc |
| Sean T. Alfred | Chapter 13 |
| Lisa Alfred | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 18, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean T. Alfred, Lisa Alfred, 4633 Murray Street, Bristol, PA 19007-2003 |
| 14785494 | + | Commonwealth Of Pennsylvania Department of Revenue, c/o Brad G. Kubisiak,Esquire, Office of the Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14830011 | + | Freedom Mortgage Corporation, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14791519 | + | U.S. Department of Education, PO BOX 790366, St. Louis MO 63179-0366 |
| 14790255 | | US Department of Education, PO Box 790322, St.Louis MO 63179-0322 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 19 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2024 00:32:30 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2024 00:29:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14790173 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 19 2024 00:29:00 | Nelnet obo Ascendium Education Solutions, Inc., Ascendium Education Solutions, Inc., PO Box 809142, Chicago IL 60680-9142 |
| 14790062 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 19 2024 00:29:00 | Nelnet obo Ascendium Education Solutions, Inc., Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14782737 | + | Email/Text: backoffice@affirm.com | Mar 19 2024 00:29:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14782738 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 19 2024 00:29:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14782739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2024 00:32:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14785440 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2024 00:32:30 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14785624 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2024 00:32:24 | Capital One Auto Finance, a division of Capital, One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14786100 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2024 00:32:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 23-11454-mdc    Doc 51    Filed 03/20/24    Entered 03/21/24 00:32:33    Desc Imaged
Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14782740 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2024 00:32:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14782742 | ^ | MEBN | Mar 19 2024 00:26:56 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 14782743 | + | Email/Text: EBN@edfinancial.com | Mar 19 2024 00:29:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14782745 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 19 2024 00:29:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14782746 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 19 2024 00:29:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14782747 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 19 2024 00:32:24 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14801433 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2024 00:29:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 14786008 | + | Email/Text: EBN@brockandscott.com | Mar 19 2024 00:29:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14782749 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2024 00:29:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14786009 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2024 00:29:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14782750 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 19 2024 00:29:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14798966 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 19 2024 00:29:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14785779 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2024 00:32:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797962 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2024 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14796317 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 19 2024 00:29:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14782754 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 19 2024 00:29:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14782752 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 19 2024 00:29:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14787062 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 19 2024 00:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14782758 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 19 2024 00:29:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14801155 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14800732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14782760 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14801415 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2024 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St Cloud, MN. 56302-7999 |

Case 23-11454-mdc  Doc 51  Filed 03/20/24  Entered 03/21/24 00:32:33  Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 14792695 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2024 00:29:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14792410 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2024 00:29:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14782761 | + | Email/PDF: pa_dc_claims@navient.com | Mar 19 2024 00:32:10 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14782762 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 19 2024 00:29:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790127 | + | Email/Text: EBN@edfinancial.com | Mar 19 2024 00:29:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14791003 | | Email/Text: EDBKNotices@ecmc.org | Mar 19 2024 00:29:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14782741 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14782744 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14782748 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14833978 | *+ | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 14782751 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14787065 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14782756 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14782753 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14782755 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14782757 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14782759 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:**

**Name**            **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Freedom Mortgage Corporation  andrew.spivack@brockandscott.com  wbecf@brockandscott.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: pdf900 | Total Noticed: 45 |

BRAD KUBISIAK
        on behalf of Creditor Commonwealth Of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov

BRAD J. SADEK
        on behalf of Debtor Sean T. Alfred brad@sadeklaw.com
        bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
        on behalf of Joint Debtor Lisa Alfred brad@sadeklaw.com
        bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
        on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

KENNETH E. WEST
        ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| | : | Chapter 13 |
| Sean T. Alfred | : | |
| Lisa Alfred | : | Case No. 23-11454-MDC |
| | : | |
| Debtor(s) | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

4. This chapter 13 bankruptcy case is **DISMISSED**.

5. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

6. Any wage orders previously entered are **VACATED**.

7. Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. § 349(b)(3).

8. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

9. Counsel for the Debtor(s) shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within

thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

10. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: March 18, 2024

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE