IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 13 |
| Sean T. Alfred | : |
| Lisa Alfred | : Case No. 23-11454-AMC |
| | : |
| Debtor(s) | : |

# ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED** and Compensation is **ALLOWED** in favor of the Applicant in the amount of $5,875.00.

2. Debtor's counsel has received $2,102.00 in pre-petition fees.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant $3,773.00, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

**Dated**  April 16, 2024

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE